Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

SIMON WERTHEIMER et al., Respondents, *v.* RITA B. BOEHM, Appellant.

*Vendor and purchaser — contract — sale — specific performance — Frauds (Statute of) — action to compel specific performance of contract for sale of real property — defense of Statute of Frauds.*

*Wertheimer v. Boehm,* 213 App. Div. 849, affirmed.

(Argued October 30, 1925; decided December 1, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 2, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was for specific performance of an alleged contract for the sale of real estate which read as follows:

" BUFFALO, 3 /7 /22.

" Received of Simon Wertheimer and Barney Berman $50.00 Fifty Dollars on a /c of purchasing price of $14,000. Fourteen Thousand Dollars for property 168 Allen St. $2950.00 in cash on delivery of clear title and survey with the understanding of first mortgage of $5000 at 5% and balance of $6,000.00 on a second mortgage which I agree to take for six years for six per cent interest. The lot is 36x125 feet. It is understood that any building mortgage to increase the first mortgage is allowed.

" RITA BUNTON BOEHM."

The defense was the Statute of Frauds, defendant claiming that the memorandum is incomplete and indefinite and does not constitute a valid legal or binding contract capable of enforcement.

*M. F. Dirnberger, Jr.,* for appellant.

*Adrian Block* and *Bernard D. Welt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.